UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA EHRHARDT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EPUBLISHING, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-06939-JSC<br><br>**ORDER RE: RESOLUTION OF DISCOVERY DISPUTES RAISED IN CASE MANAGEMENT CONFERENCE STATEMENT** |

Following the Further Case Management Conference on January 27, 2022, and in anticipation of the fact discovery cutoff date of March 1, 2022, (Dkt. No. 42), the Court adopts the following schedule for resolving the brewing discovery disputes alluded to in the joint case management conference statement. (Dkt. No. 40 at 3.)

Counsel shall meet and confer by video on January 31, 2022 at 12:00 p.m. to discuss any outstanding discovery disputes. For any dispute that does not resolve, the party raising the dispute shall provide its portion of a discovery letter brief to the responding party on or before February 7, 2022. The responding party shall provide its portion on or before February 10, 2022. The deadline to file a joint discovery letter brief is February 11, 2022.

In addition, ADP shall confirm the 30(b)(6) deposition date and topics by February 2, 2022.

**IT IS SO ORDERED.**

Dated: January 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge